1  John M. DiCaro, Bar #017990
    William G. Caravetta, III, Bar #013491
2  JONES, SKELTON & HOCHULI P.L.C.
    40 N. Central Avenue, Suite 2700
3  Phoenix, Arizona 85004
    Telephone: (602) 263-1763
4  Fax: (602) 200-7828
    jdicaro@jshfirm.com
5  bcaravetta@jshfirm.com

6  Attorneys for Defendant Scottsdale Indemnity Company

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF ARIZONA**

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation, and Pulte Development Corporation, a Michigan corporation, | No. 2:23-cv-01063-JAT |
| Plaintiffs, | **DEFENDANT SCOTTSDALE INDEMNITY COMPANY'S NOTICE OF SETTLEMENT** |
| v. | |
| James River Insurance Company, an Ohio corporation; United Specialty Insurance Company, a Delaware corporation; Knight Specialty Insurance Company, a Delaware corporation; Colony Specialty Insurance Company, an Ohio corporation; Wesco Insurance Company, a Delaware corporation; Starr Indemnity & Liability Company, a Texas corporation; Scottsdale Indemnity Company, an Ohio corporation; Pennsylvania Lumbermens Mutual Insurance Company, a Pennsylvania corporation; Westfield Insurance Company, an Ohio corporation; Liberty Mutual Fire Insurance Company, a Wisconsin corporation; Hanover American Insurance Company, a New Hampshire corporation; Travelers Property Casualty Company of America, a Connecticut corporation; Cincinnati Specialty Underwriters Insurance Company, a Delaware corporation, | |
| Defendants. | |

12009874.1

NOTICE IS HEREBY GIVEN that a settlement has been reached between Plaintiffs and Defendant Scottsdale Indemnity Company in the above-entitled matter. The parties are in the process of finalizing the details of the settlement. Once all of the necessary documents have been finalized and fully executed, the parties will file a stipulation and proposed order to dismiss the case with prejudice.

DATED this 28th day of August, 2023.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/William G. Caravetta, III
John M. DiCaro
William G. Caravetta, III
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Scottsdale Indemnity Company

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Scott S. Thomas, Esq.
Sarah J. Odia, Esq.
Payne & Fears LLP
2375 E. Camelback Road, 6th Floor
Phoenix, AZ 85016
sst@paynefears.com
sjo@paynefears.com
Attorneys for Plaintiffs

John R. Campo
BRANSON, BRINKOP, GRIFFITH AND CAMPO LLP
1221 E. Osborn Road, Ste. A-102
Phoenix, AZ 85014
jcampo@bbgslaw.com
Attorneys for Defendant Wesco Insurance Company

12009874.1

| | |
|---|---|
| 1 | Michael J. Frazelle |
| | SCHNEIDER & ONOFRY, P.C. |
| 2 | 365 E. Coronado Rd |
| | Phoenix, AZ 85004 |
| 3 | mfrazell@soarizonalaw.com |
| | Attorneys for Defendant The Cincinnati |
| 4 | Specialty Underwriters Insurance Company |
| 5 | Amy M. Samberg |
| | Amanda R. Hough |
| 6 | CLYDE & CO US LLP |
| | 400 E. Van Buren Street, Suite 440 |
| 7 | Phoenix, AZ 85004 |
| | amy.samberg@clydeco.us |
| 8 | amanda.hough@clydeco.us |
| | Attorneys for Defendant Travelers |
| 9 | Property Casualty Company of America |
| 10 | Megan Ritenour |
| | FREEMAN MATHIS & GARY, LLP |
| 11 | 4343 N. Scottsdale Rd., Ste. 150 |
| | Scottsdale, AZ 85251 |
| 12 | megan.ritenour@fmglaw.com |
| | Attorneys for Defendant Colony Specialty |
| 13 | Insurance Company |
| 14 | John K. Wittwer |
| | Phillip E. Lapointe |
| 15 | THE CAVANAGH LAW FIRM, P.A. |
| | 1850 N. Central Ave., Ste 1900 |
| 16 | Phoenix, AZ 85004 |
| | jwittwer@cavanaghlaw.com |
| 17 | plapointe@cavanaghlaw.com |
| | Attorneys for Defendant Westfield Insurance Company |
| 18 | |
| | Karen C. Stafford |
| 19 | Victoria R. Kelly |
| | THE CAVANAGH LAW FIRM, P.A. |
| 20 | 1850 N. Central Ave., Ste 1900 |
| | Phoenix, AZ 85004 |
| 21 | kstafford@cavanaghlaw.com |
| | vkelly@cavanaghlaw.com |
| 22 | Attorneys for Defendant Liberty Mutual |
| | Fire Insurance Company |
| 23 | |
| 24 | |
| 25 | /s/Michelle L. Lucas |
| 26 | |
| 27 | |
| 28 | |

12009874.1