Scott S. Thomas, Bar No. 031418
sst@paynefears.com
Sarah J. Odia, *pro hac vice*
sjo@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Telephone: (602) 344-9549
Facsimile: (602) 344-9653

Attorneys for Plaintiffs Pulte Home Company, LLC and Pulte Development Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation; and Pulte Development Corporation, a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>James River Insurance Company, an Ohio corporation; United Specialty Insurance Company, a Delaware corporation; Knight Specialty Insurance Company, a Delaware corporation; Colony Specialty Insurance Company, an Ohio corporation; Wesco Insurance Company, a Delaware corporation; Starr Indemnity & Liability Company, a Texas corporation; Scottsdale Indemnity Company, an Ohio corporation, Pennsylvania Lumbermens Mutual Insurance Company, a Pennsylvania corporation; Westfield Insurance Company, an Ohio corporation; Liberty Mutual Fire Insurance Company, a Wisconsin corporation; Hanover American Insurance Company, a New Hampshire corporation; Travelers Property Casualty Company of America, a Connecticut corporation; Cincinnati Specialty Underwriters Insurance | Case No. 2:23-cv-01063-PHX-MTL<br><br>**NOTICE OF SETTLEMENT AS BETWEEN PLAINTIFFS AND DEFENDANT JAMES RIVER INSURANCE COMPANY** |

NOTICE OF SETTLEMENT

Company, a Delaware corporation,

        Defendants.

Plaintiffs Pulte Home Company, LLC and Pulte Development Corporation (collectively, "Pulte") and Defendant James River Insurance Company, through their undersigned counsel, hereby notify the Court that all issues in this matter have been settled between the parties. All requirements for final settlement are expected to be completed within 45 days of this Notice and, within that time, the parties expect that Pulte will file with the Court a voluntary notice of dismissal with prejudice.

DATED: August 21, 2023

PAYNE & FEARS LLP
Attorneys at Law

By:    */s/ Sarah J. Odia*
Scott S. Thomas, Bar No. 031418
sst@paynefears.com
Sarah J. Odia, *pro hac vice*
sjo@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Telephone: (602) 344-9549
Facsimile: (602) 344-9653

Attorneys for Plaintiffs Pulte Home Company, LLC and Pulte Development Corporation

1  DATED: September 13, 2023        SANDERS & PARKS, P.C.

4                                                By:    */s/ Jasmina Richter*
                                                        Jasmina Richter, Esq.
                                                        Kate Sokolova, Esq.
                                                        Sanders & Parks, P.C.
                                                        3030 North Third Street, Suite 1300
                                                        Phoenix, AZ 85012
                                                        T: 602.532.5779
                                                        F: 602.230.5035
                                                        jasmina.richter@sandersparks.com
                                                        kate.sokolova@sandersparks.com

                                                        Attorneys for Defendant James River Insurance Company

PAYNE & FEARS LLP
ATTORNEYS AT LAW
2375 EAST CAMELBACK ROAD, 6TH FLOOR
PHOENIX, ARIZONA 85016
(602) 344-9549

-3-
NOTICE OF SETTLEMENT