Scott S. Thomas, Bar No. 031418
sst@paynefears.com
Sarah J. Odia, *pro hac vice*
sjo@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Telephone: (602) 344-9549
Facsimile: (602) 344-9653

Attorneys for Plaintiffs Pulte Home Company, LLC and Pulte Development Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company, LLC, a Michigan limited liability corporation; and Pulte Development Corporation, a Michigan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>James River Insurance Company, an Ohio corporation; United Specialty Insurance Company, a Delaware corporation; Knight Specialty Insurance Company, a Delaware corporation; Colony Specialty Insurance Company, an Ohio corporation; Wesco Insurance Company, a Delaware corporation; Starr Indemnity & Liability Company, a Texas corporation; Scottsdale Indemnity Company, an Ohio corporation, Pennsylvania Lumbermens Mutual Insurance Company, a Pennsylvania corporation; Westfield Insurance Company, an Ohio corporation; Liberty Mutual Fire Insurance Company, a Wisconsin corporation; Hanover American Insurance Company, a New Hampshire corporation; Travelers Property Casualty Company of America, a Connecticut corporation; Cincinnati Specialty Underwriters Insurance | Case No. 2:23-cv-01063-PHX-MTL<br><br>**NOTICE OF SETTLEMENT AS BETWEEN PLAINTIFFS AND DEFENDANTS** |

1  Company, a Delaware corporation,
2            Defendants.

4       Plaintiffs Pulte Home Company, LLC and Pulte Development Corporation (collectively, "Pulte") and Defendants, through their undersigned counsel, hereby notify the Court that all issues in this matter have been settled between the parties. All requirements for final settlement are expected to be completed within 45 days of this Notice and, within that time, the parties expect that Pulte will file with the Court a voluntary notice of dismissal with prejudice, except for the parties who have made appearances and as to those parties, will file with the Court a stipulation to dismiss.

DATED: October 2, 2023

PAYNE & FEARS LLP
Attorneys at Law

By:  */s/ Sarah J. Odia*
Scott S. Thomas, Bar No. 031418
sst@paynefears.com
Sarah J. Odia, *pro hac vice*
sjo@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
2375 East Camelback Road, 6th Floor
Phoenix, Arizona 85016
Telephone: (602) 344-9549
Facsimile: (602) 344-9653

Attorneys for Plaintiffs Pulte Home Company, LLC and Pulte Development Corporation

PAYNE & FEARS LLP
ATTORNEYS AT LAW
2375 EAST CAMELBACK ROAD, 6TH FLOOR
PHOENIX, ARIZONA 85016
(602) 344-9549

-2-
NOTICE OF SETTLEMENT

DATED: October 2, 2023         BLAU │ KEANE LAW GROUP, P.C.


By: */s/ Davis S. Blau (with permission)*
David S. Blau, Esq.
128 Center Street
El Segundo, CA 90245
T: 310.410.1900
david@blaulaw.net

Attorneys for Defendant Knight Specialty Insurance Company

DATED: October 4, 2023         SCHNEIDER & ONOFRY, P.C.


By: */s/ Michael J. Frazelle (with permission)*
Michael J. Frazelle, Esq.
365 East Coronado Road
Phoenix, AZ 85004
T: 602.200.1298
minute-entries@soarizonalaw.com
mfrazelle@soarizonalaw.com

Attorneys for Defendant Cincinnati Specialty Underwriters Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2023, a true and correct copy of **NOTICE OF SETTLEMENT AS BETWEEN PLAINTIFFS AND DEFENDANTS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP

PAYNE & FEARS LLP
ATTORNEYS AT LAW
2375 EAST CAMELBACK ROAD, 6TH FLOOR
PHOENIX, ARIZONA 85016
(602) 344-9549

-4-
NOTICE OF SETTLEMENT